UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LaDONNA P. COLLIER,

                  Plaintiff,         **STIPULATION**
                                                         **EXTENDING TIME**
   - against -                        **TO ANSWER**

NICHOLAS VINCENT CAMPASANO,      Case No. CV-05 4215
                                                         (Ross, J.; Matsumoto, M.J.)
                  Defendant.

----------------------------------------------------------------X

          **IT IS HEREBY STIPULATED**, that the time for the defendant to appear and answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 28th day of December, 2005.

Dated:  Woodmere, New York            Dated:  Melville, NY
         November __, 2005                           November 28, 2005

                                                           HAMBURGER, MAXSON, YAFFE,
                                                           WISHOD, KNAUER & ROTHBERG, LLP
                                                           *Attorneys for Defendant*

                                                           By: _____
ADAM J. FISHBEIN (AF 9508)                     Richard Hamburger, Esq. (RH 7467)
*Attorney for Plaintiff*                               225 Broadhollow Road, Suite 301E
735 Central Avenue                                Melville, New York 11747
Woodmere, New York 11598                  631.694.2400
516.791.4400

**SO ORDERED:**

_____
                    U.S.D.J.
                    12/6/05