**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

**DOCKET & FILE**

Telephone (516) 791-4400
Telecopier (516) 791-4411

December 16, 2005

VIA ECF
<u>VIA FACSIMILE TO 718-797-7386</u>
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Collier v. Campasano
      05 CV 4215 (ARR) (KAM)

Dear Magistrate Judge Matsumoto:

I represent the plaintiff in the above referenced matter. I see in my diary that the stipulation of discontinuance is to be filed by today. However, because the parties are globally settling the FDCPA matter and the underlying collection matter that was filed in state court, I think the parties need more time. My client has hired separate counsel to finalize the settlement terms in the underlying matter.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein

Cc:   Richard Hamburger, Esq.

*[Handwritten annotation:] Stipulation of discontinuance shall be filed on or before 1/13/06. So ORDERED*
*U.S.M.J.*
*12/16/05*