DF 

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LaDONNA P. COLLIER,

                            Plaintiff,        **STIPULATION**
                                               **EXTENDING TIME**
     - against -                       **TO ANSWER**

NICHOLAS VINCENT CAMPASANO,     Case No. CV-05 4215
                                               (Ross, J.; Matsumoto, M.J.)
                            Defendant.

-------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED**, that the time for the defendant to appear and answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended without date pending the filing of a stipulation of dismissal.

Dated: Woodmere, New York             Dated: Melville, NY
       December 27, 2005                       December 27, 2005

**ADAM J. FISHBEIN, ESQ.**            **HAMBURGER, MAXSON, YAFFE,**
*Attorney for Plaintiff*                     **WISHOD, KNAUER & ROTHBERG, LLP**
                                                      *Attorneys for Defendant*

By: _____        By: _____
    Adam J. Fishbein (AF 9508)         Richard Hamburger, Esq. (RH 7467)
735 Central Avenue                       225 Broadhollow Road, Suite 301E
Woodmere, New York 11598          Melville, New York 11747
516.791.4400                                 631.694.2400

*[handwritten: Respectfully referred to Judge Matsumoto.]*

**SO ORDERED:**

*[handwritten: So ordered. , USDJ   1/3/06   cc: Counsel   Judge Matsumoto]*

_____
            U.S.D.J.